UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| KRYSTLE PRNKA,<br><br>      Plaintiff,<br><br>      -v-<br><br>LIBERTY LIFE ASSURANCE COMPANY<br>OF BOSTON,<br><br>      Defendant. | C.A. NO. 6:16-cv-02719-MGL |

# **ORDER**

This matter is before the Court on the Parties' Joint Motion to Amend the Specialized ERISA Case Management Order ("ECMO") in this matter. Having considered the motion and for good cause shown, it is **ORDERED** and **ADJUDGED** that:

1. The Parties' motion is **GRANTED**.

2. The ECMO is hereby amended, as follows:

    a. Mediation:         February 27, 2017

    b. Joint Stipulation:       March 27, 2017

    c. Cross Motions For Judgment:  March 27, 2017

    d. Replies:          March 31, 2017

**IT IS SO ORDERED**.

            s/Mary Geiger Lewis
            Hon. Mary Geiger Lewis
            United States District Judge

January 4, 2017
Columbia South Carolina