UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

KRYSTLE PRNKA, )
)
Plaintiff, )
)
-v- )
) C.A. NO. 6:16-cv-02719-MGL
LIBERTY LIFE ASSURANCE COMPANY )
OF BOSTON, )
)
Defendant. )
_____ )

**ORDER**

This matter is before the Court on the Parties' Joint Motion to Amend the Specialized ERISA Case Management Order ("ECMO") in this matter. Having considered the motion and for good cause shown, it is **ORDERED** and **ADJUDGED** that:

1. The Parties' motion is **GRANTED**.

2. The ECMO is hereby amended, as follows:

    a. Mediation:                April 13, 2017

    b. Joint Stipulation:        May 11, 2017

    c. Cross Motions For Judgment:  May 11, 2017

    d. Replies:                  May 15, 2017

**IT IS SO ORDERED**.

s/Mary Geiger Lewis
Hon. Mary Geiger Lewis
United States District Judge

February 28, 2017
Columbia, South Carolina