IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Krystle Prnka, | ) | Case No.: 6:16-cv-02719-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| Liberty Life Assurance Company of Boston, | ) ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER COMES BEFORE THE COURT** by way of the parties' request to extend the deadline by which they must mediate the case to April 20, 2017. The parties' current mediation deadline is April 13, 2017, but the parties advise that the earliest date they could make mediation work was April 20, 2017. Accordingly, the parties have asked for the deadline to file the joint stipulation and the parties' respective memoranda to be moved to May 18, 2017. For good cause shown, the Court does believe that an extension of time within which to mediate and to file a joint stipulation pursuant to the Court's specialized case management order is warranted. Therefore, the Court hereby extends the deadline by which the parties must mediate to April 20, 2017, and extends the deadline by which the parties must file a joint stipulation and their respective memoranda to May 18, 2017.

**WHEREFORE, it is ORDERED, ADJUDGED AND DECREED** that the parties' deadline by which they are ordered to mediate is April 20, 2017, and the parties' deadline by which they must file a joint stipulation and their respective memoranda pursuant to the Court's specialized case management order in the matter *sub judice* is hereby extended until

May 18, 2017. In all other regards, the parties shall comply with the specialized case management order.

**IT IS SO ORDERED.**

                                           _s/Mary Geiger Lewis_____
                                           The Honorable Mary Geiger Lewis
                                           United States District Judge

April 18, 2017
Columbia, South Carolina